*Felony*

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) Case No. B-17-604-MJ | |
| Lino Cresenciano OLIVA | ) | |
| *Defendant(s)* | ) | |

United States District Court
Southern District of Texas
FILED

JUL 11 2017

David J. Bradley, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of July 10, 2017 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 2422 (b) | using a facility and means of interstate commerce, did knowingly persuade, induce, entice and coerce an individual who had not attained the age of eighteen years, to engage in sexual activity under such circumstances as would constitute a criminal offense, or attempted to do so. |

This criminal complaint is based on these facts:

On July 10, 2017, Lino Cresenciano OLIVA was arrested at the Marriot Courtyard Hotel located in Harlingen, Texas. During an interview, OLIVA admitted to sending messages and arranging to meet a 13 year minor female to have sexual intercourse.

Beginning April 26, 2017 continuing through July 10, 2017, OLIVA communicated via a social media application with undercover agents that he believed to be the mother and her 13 year old minor female child. During the communications, OLIVA arranged to meet the 13 year old minor female to have sex.

☐ Continued on the attached sheet.

*Complainant's Signature*

Jesus Garza    Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

July 11, 2017
*Date*

*Judge's Signature*

Brownsville, Texas
*City and State*

Ignacio Torteya III    U.S. Magistrate Judge
*Printed name and title*